MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COLONY INSURANCE COMPANY                        Docket No.:
                                                1:24-cv-236 (JGLC)
                       Plaintiff,

    -against-                               **NOTICE OF MOTION**

HUDSON INSURANCE COMPANY and UNITED
SPECIALTY INSURANCE COMPANY

                       Defendant.
-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, UNITED SPECIALTY INSURANCE COMPANY, hereby moves this Court before the Hon. Jessica G.L. Clarke, United States District Court, Southern District of New York, 500 Pearl St., New York, NY 10007, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, to:

1. Set aside the Clerk's Entry of Default against USIC taken on March 22, 2024 pursuant to Federal Rules of Civil Procedure 55(c);

2. Grant an extension of time to file an Answer to the Complaint and to the Cross Claim in this matter to April 12, 2012; and

3. For such other and further relief as this Court deems just and appropriate.

     This motion is submitted with the consent of Plaintiff COLONY INSURANCE COMPANY and Defendant UNITED SPECIALTY INSURANCE COMPANY and relies upon the Declaration of Sherri N. Pavloff, with Exhibits and the Declaration of Gloria Lalor.

Date:  New York, New York
       April 4, 2024

                                                STONBERG HICKMAN & PAVLOFF, LLP
                                                Attorneys for Defendant
                                                UNITED SPECIALTY INSURANCE COMPANY

                                                By: _____
                                                    Sherri N. Pavloff

- 2 -

505 Eighth Avenue, Suite 2302
New York, New York  10018
(212) 231-2220
File No.: 40792
Sherri.pavloff@shplawyers.com

TO:

VIA ECF

Joseph Poe, Esq.
Farber Brocks &Zane, LLP
Attorneys for Plaintiffs
400 Garden City Plaza, Suite 100
Garden City, NY  11530
(516) 739-5011
File:  640.12802
jpoe@fbzlaw.com

Michael F. Panayotou, Esq.,
Melito & Adolfsen PC
*Attorneys for Defendant
Hudson Excess Insurance Company
i/s/h/a Hudson Insurance Company*
233 Broadway – Suite 2070
New York, New York 10279
 (212) 238-8900
mfp@melitoadolfsen.com

Application GRANTED IN PART. The entry of default is set aside and the deadline for Defendant United Specialty Insurance Company to answer, move or otherwise respond to the Complaint is EXTENDED to **April 10, 2024**. The parties are reminded that the joint letter is due no later than **April 10, 2024**. *See* ECF No. 8.

The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 8, 2024
         New York, New York