UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE COMPANY,

        Plaintiff,

        -v-

HUDSON INSURANCE COMPANY, ET AL.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024

**ORDER**

24-CV-236 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    For the reasons discussed during the conference today, Defendant United Specialty Insurance Company's Letter Motion to Compel, ECF No. 42, is GRANTED.

    Defendant Hudson Insurance Company is ordered to produce invoices for defense costs for which reimbursement is sought by November 27, 2024. The produced invoices shall not be shared with the claims adjustor handing the defense of Sandstone Structures LLC in the underlying litigation. The parties do not dispute that limited redactions may be necessary to protect privileged information to the extent it is contained in the invoices. Any such redactions should be reasonably tailored to cover only information that is generally recognized as privileged such as attorney-client communications and litigation strategy and motives.

1

**SO ORDERED.**

Dated: November 14, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge