USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE COMPANY,

        Plaintiff,

-v-

HUDSON INSURANCE COMPANY, ET AL.,

        Defendants.

**ORDER**

24-CV-236 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 6, 2024, this case was referred to a Magistrate Judge for general pretrial supervision, including settlement. ECF No. 44. On November 7, 2024, the referral was reassigned to me.

On January 10, 2024, the parties filed a joint status report in which they consented to a settlement conference before me. ECF No. 54.

As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's calendar, settlement conferences generally must be scheduled approximately six weeks in advance. The parties are also directed to review the "Procedures for All Cases Referred for

Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 13, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge