

# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100   ·   FAX (516) 739-5103
www.fbzlaw.com

JOSEPH K. POE
OF COUNSEL
jpoe@fbzlaw.com

June 25, 2025

> Application GRANTED. Parties to brief by proposed deadlines. The Clerk of Court is directed to terminate ECF No. 66.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: June 26, 2025
> New York, New York

**VIA ECF**

Hon. District Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: **Joint Motion for Extension of Briefing Schedule on Consent of All Parties**
*Colony Ins. Co. v. Hudson Ins. Co. and United Specialty Ins. Co.*, 24-cv-00236 (JGLC)

Dear Judge Clarke:

I am counsel for plaintiff Colony Insurance Company, and write on behalf of all parties to request an extension of the briefing schedule for summary judgment motions.

The extension is requested to provide the parties an opportunity to assess and consider the impact of, and report to our respective clients about, defendant United Specialty Insurance Company's ("USIC") agreement, today, to accept the tenders of defense coverage, subject to a reservation of rights on its duty to indemnify, for Colony's insured, SH Kingsland LLC, and for defendant Hudson Excess Insurance Company's insured, Innovative Construction NYC LLC, for the underlying lawsuit at issue in this action.

Given this development, the parties jointly ask that the briefing schedule be extended to enable them sufficient time to consider the impact of USIC's tender acceptance on their respective claims and motion arguments. The parties propose the following new briefing schedule:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Moving Papers | June 30, 2025 | July 15, 2025 |
| Opposition Papers | July 28, 2025 | August 19, 2025 |
| Reply Papers | August 20, 2025 | September 5, 2025 |

We thank the Court for its consideration.

Respectfully submitted,

JOSEPH K. POE (JKP 1960)

cc:   All Counsel (Via ECF)

{01548265.DOCX /}